1  McGREGOR W. SCOTT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America



FILED

APR 1 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7
                IN THE UNITED STATES DISTRICT COURT
8
                 EASTERN DISTRICT OF CALIFORNIA
9

10  IN THE MATTER OF THE  APPLICATION
    OF THE UNITED STATES OF AMERICA
11  FOR SEARCH WARRANTS CONCERNING:

| | |
|---|---|
| 12  2725 52nd Avenue, Sacramento | 2:17-SW-0649 CKD |
| 13  3433 La Cadena Way, Sacramento | 2:17-SW-0650 CKD |
| 14  4849 Ammolite Way, Elk Grove | 2:17-SW-0651 CKD |
| 15  8114 Suarez Way, Elk Grove | 2:17-SW-0652 CKD |
| 16  8967 Sonoma Valley Way, Sacramento | 2:17-SW-0653 CKD |
| 17  8638 Bradshaw Road, Elk Grove | 2:17-SW-0654 CKD |
| 18  10315 Baseline Road, Elverta | 2:17-SW-0655 CKD |
| 19  7810 Elsie Avenue, Sacramento | 2:17-SW-0656 CKD |
| 20  2003 Honda Odyssey, Lic. # 7RAJ323 | 2:17-SW-0657 CKD |
| 21  2008 Infiniti, Lic. # 7RAJ324 | 2:17-SW-0658 CKD |
| 22  2013 Honda Odyssey, Lic. # 7WZA583 | 2:17-SW-0659 CKD |
| 23  2860 Central Avenue, Roseville | 2:17-SW-0660 CKD |
| 24  JPM Chase Safe Deposit Box | 2:17-SW-0661 CKD |

25

26                                     [PROPOSED] ORDER TO UNSEAL SEARCH
                                       WARRANTS AND SEARCH WARRANT
                                       AFFIDAVITS
27

28

---

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/12/2018

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE